**FILED**

05/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0130

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 21-0130

_____

STATE OF MONTANA,

          Plaintiff and Appellee,

v.

STEPHEN DEAN PRUITT,

          Defendant and Appellant.

_____

## **ORDER**

_____

Upon consideration of Counsel's motion to withdraw as counsel of record for Defendant/Appellant and good cause appearing;

IT IS HEREBY ORDERED that the Defendant/Appellant in this matter shall file a response to this Motion within thirty (30) days of the date of this Order. This response must be served upon all counsel of record, including the Attorney General, the County Attorney, and Appellate Counsel's Office

1

IT IS FURTHER ORDERED that the Clerk of this Court give notice this Order to all counsel of record and to Defendant/Appellant at his last known address

Signed and dated as indicated below.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 6 2022